# **<u>EXHIBIT A</u>**

**Akorn Holding Company LLC et al**
**Bankruptcy Case No. 23-10253**
**Exhibit A**

| Transferor | Transferee | Transfer Date | Transfer Type | Transfer Amount |
|---|---|---|---|---|
| Akorn Operating Company, LLC | Matheson Tri-Gas Inc | 1/6/2023 | Wire | $ 6,130.65 |
| Akorn Operating Company, LLC | Matheson Tri-Gas Inc | 2/1/2023 | Wire | $ 6,618.29 |
| Akorn Operating Company, LLC | Matheson Tri-Gas Inc | 2/8/2023 | Wire | $ 6,430.31 |
| | | | | $ 19,179.25 |